No. 131.—SUCCESSION OF POMEROY—Opposition to Account of D. J. ELDER, Executor.

Where an appeal has been granted, and is still pending in the Supreme Court, the court *a qua* is without jurisdiction to grant a second appeal from the same judgment.

APPEAL from the Parish Court of Caddo. *Creswell,* Parish Judge. *T. T. Land* and *George Williamson,* for appellee. *Nutt & Leonard,* for opponents and appellants.

TALIAFERRO, J. A motion to dismiss the appeal filed on the first day of the present term is made, and several grounds are stated in support of the motion.

The counsel for the appellees contend that, as the case stands now on appeal filed at the August term of this court, 1869, and is still pending in this court, the court below was without jurisdiction to grant an appeal.

This ground is well taken. See 12 Rob. Reports, 320.

It is therefore ordered that the appeal filed at the present term of this court be dismissed, at costs of the appellant.

ON APPLICATION FOR REHEARING.

LUDELING, C. J. We have been urged to grant a rehearing on the motion to dismiss this appeal, on the ground that we are virtually denying the appellant the exercise of a constitutional right.

It has been overlooked by the counsel that, in the opinion rendered at Natchitoches, we held that the wife had not been authorized to prosecute her suit before the lower court, and that, therefore, the suit must be dismissed for want of proper parties. It would be doing a vain thing, under the circumstances, to entertain another appeal from that judgment.

Rehearing refused.